IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:18-mj-00122-KJN-1 |
| Plaintiff, | ) ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) ) | |
| JOSE ANGEL ARRENDONDO-LEON, | ) ) ) | |
| Defendant. | ) | |

The court appointed the Federal Defender to represent defendant on June 22, 2018. The Federal Defender has determined it cannot represent Mr. Arrendondo-Leon. CJA Panel attorney Dina Santos is hereby appointed effective June 26, 2018, the date the Office of the Federal Defender first contacted her.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

Dated: June 27, 2018

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL           1