McGREGOR W. SCOTT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2764
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0121 JAM |
|---|---|
| Plaintiff, | FINDINGS AND ORDER CONTINUING ARRAIGNMENT AND EXCLUDING TIME |
| v. | DATE: July 6, 2018 |
| JOSE ANGEL ARRENDONDO-LEON, aka Jose Angel Zasueta, aka Jose Arredondo, | TIME: 2:00 p.m. COURT: Hon. Carolyn K. Delaney |
| Defendant. | |

    The Court has read and considered the Stipulation for Continuance of Arraignment and Exclusion of Time, filed by the parties in this matter on June 28, 2018. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for the continuance of the arraignment and the exclusion of time.

    Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance and exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the continuance and exclusion of time would not adversely affect the public interest in the prompt disposition of criminal cases.

/ / /

FINDINGS AND ORDER

1

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the arraignment is continued to July 12, 2018, at 2:00 p.m., before Magistrate Judge Delaney.

2. The time between July 6, 2018, and July 12, 2018, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: June 29, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE